UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA M. NEWTON,

                Plaintiff,

      -against-

JEFF BEZOS,

                Defendant.

20-CV-3993 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

      By order dated June 3, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).[1]

SO ORDERED.

Dated:  August 6, 2020
          New York, New York

                                              Louis L. Stanton
                                                  U.S.D.J.

---

[1] Plaintiff has consented to electronic service of documents. (ECF No. 3).