UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA M. NEWTON,

                      Plaintiff,

       -against-

JEFF BEZOS,

                     Defendant.

20-CV-3993 (LLS)

CIVIL JUDGMENT

      Pursuant to the order issued August 6, 2020, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED.

Dated:   August 6, 2020
           New York, New York

                                                  Louis L. Stanton
                                                      U.S.D.J.